# EXHIBIT C

# Exemplary Claim Chart for United States Patent No. 9,965,977B2

| ’977 Patent Independent Claims | Kistler’s Adjustable Spine Box |
|---|---|
| 1. An adjustable lumbar spine assembly for a crash test dummy comprising: | Kistler manufactures and sells a THOR-50M adjustable spine box having part number 472-3600-DTI shown in the below image.  |
| an upper member adapted to be operatively connected to an upper thoracic portion of a spine of the crash test dummy; | Kistler’s upper member, shown highlighted in blue below, is adapted to be operatively connected to an upper thoracic portion of a spine of the crash test dummy.      |

<table>
<tr>
<td>a lower member adapted to be operatively connected to a lower thoracic portion of the spine of the crash test dummy;</td>
<td>Kistler’s lower member, highlighted in green below, is adapted to be operatively connected to a lower thoracic portion of the spine of the crash test dummy.<br>

</td>
</tr>
<tr>
<td>an upper abdomen interface connected to said upper member and adapted to be connected to an upper abdomen portion of the crash test dummy; and</td>
<td>Kistler’s upper abdomen interface is shown below in red and is connected to the upper member and is adapted to be connected to an upper abdomen portion of the crash test dummy.<br></td>
</tr>
</table>

| | |
|---|---|
| an adjustment mechanism cooperating with said upper member and said lower member to allow adjustment at different increments of adjustment about a lateral axis between said upper member and said lower member for a predetermined number of different and varying fixed joint angles about the lateral axis between said upper member and said lower member. | Kistler's adjustment mechanism, shown below in purple, cooperates with the upper member and the lower member to allow adjustment at different increments of adjustment about a lateral axis between the upper member and the lower member for a predetermined number of different and varying fixed joint angles about the lateral axis between the upper member and the lower member.  |
| | |
| 11. A crash test dummy comprising: | |
| a body including a spine having an upper thoracic portion and a lower thoracic portion, said body including an upper abdomen portion; | Kistler makes and sells crash test dummies that include a spine assembly. Below is Kistler's THOR-50M ATF. |

| | |
|---|---|
| |  |
| an adjustable lumbar spine assembly connected to said spine; and | Kistler’s adjustable lumbar spine assembly is the connection between the lower thoracic spine assembly and the lumbar spine plate within the THOR-50M ATD. |
| said adjustable lumbar spine assembly comprising an upper member operatively connected to said upper thoracic portion, a lower member operatively connected to said lower thoracic portion, an upper abdomen interface connected to said upper member and said upper abdomen portion, and an adjustment mechanism cooperating with said upper member and said lower member to allow adjustment at different increments of adjustment about a lateral axis between said upper member and said lower member for a predetermined number of different and varying fixed joint angles about lateral axis between said upper member and said lower member. | Below is Kistler’s adjustable lumbar spine assembly with the upper member highlighted in blue, the lower member highlighted in green, and the upper abdomen interface highlighted red, and the adjustment mechanism highlighted purple.  |