# EXHIBIT D

# Exemplary Claim Chart for United States Patent No. 8,622,748

| ’748 Patent Independent Claims | Kistler’s Infringing Ankle Assembly |
|---|---|
| 1. An ankle assembly for a crash test dummy comprising: | Kistler makes and sells an ankle assembly for a crash test dummy. |
| an ankle clevis assembly for attachment to a leg assembly of the crash test dummy; | The images below show Kistler’s ankle assembly having an ankle clevis assembly highlighted in red.   |
| an ankle base assembly for attachment to a foot assembly of the crash test dummy and cooperating with said ankle clevis assembly; | The images below show Kistler’s ankle base assembly attached to a foot assembly highlighted in green. |

| | |
|---|---|
| |   |
| a fastener to connect said clevis assembly and said ankle base assembly together to allow proper ankle positions for different ankles and also allow friction adjustment to simulate human bracing in impact conditions; and | The images below show Kistler's fastener highlighted in purple that connects the clevis assembly and the ankle base assembly together.<br>  |

| | |
|---|---|
| a plurality of elastomeric elements disposed between said clevis assembly and said ankle base assembly that allow proper inversion and eversion performance of said ankle assembly. | Kistler's ankle assembly includes, upon information and belief, a plurality of elastomeric elements disposed between the clevis assembly and the ankle base assembly. |
| | |
| 12. A crash test dummy comprising: | Kistler makes and sells crash test dummies. |
| a body including a leg assembly, a foot assembly, and an ankle assembly interconnecting said leg assembly and said foot assembly; and | The image below shows Kistler's WorldSID-50 M crash test dummy having a body including a leg assembly, a foot assembly, and an ankle assembly interconnecting the leg assembly and the foot assembly.  |
| said ankle assembly comprising an ankle clevis assembly attached to said leg assembly, an ankle base assembly attached to said foot assembly, a fastener to connect said clevis assembly and said ankle base assembly together to allow proper ankle positions for different ankles and also allow friction adjustment to simulate human bracing in impact conditions, and a plurality of elastomeric elements disposed between said clevis assembly and said ankle base assembly that allow proper | The images below show Kistler's ankle assembly having an ankle clevis assembly highlighted in red. |

| | |
|---|---|
| inversion and eversion performance of said ankle assembly. |  <br>The images below show Kistler's ankle assembly having an assembly highlighted in green.<br>  |

| | |
|---|---|
| | The images below show Kistler's fastener highlighted in purple that connects the clevis assembly and the ankle base assembly together.<br> <br>Kistler's ankle assembly includes, upon information and belief, a plurality of elastomeric elements disposed between the clevis assembly and the ankle base assembly. |